TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00382-CR

Arthur William Smith, Jr., Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT

NO. CR-95-151-A, HONORABLE WILLIAM BENDER, JUDGE PRESIDING

PER CURIAM

This is an appeal from an order of the district court overruling a motion to reduce bond
pending appeal. Tex. Code Crim. Proc. Ann. art. 44.04(g) (West Supp. 1997). The judgment of
conviction from which the appeal was taken has been affirmed by this Court. Smith v. State, No. 3-96-288-CR (Tex. App.--Austin April 3, 1997, no pet.) (not designated for publication). As a consequence,
the present appeal is moot.

The appeal is dismissed as moot.

Before Chief Justice Carroll, Justices Aboussie and B. A. Smith

Dismissed as Moot

Filed: June 5, 1997

Do Not Publish